UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRINA KABAKOVA,

          Plaintiff,

      v.

OFFICE OF THE ARCHITECT OF THE CAPITOL,

          Defendant.

Civil Action No. 19-1276 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of the defendant's Motion to Dismiss Amended Complaint, ECF No. 21, the related legal memoranda in support and in opposition, the attachments thereto, and the entire record herein, for the reasons set forth above, it is hereby

**ORDERED** that the plaintiff's request for a stay, ECF No. 30, is **DENIED**; it is further

**ORDERED** that the defendant's Motion is **GRANTED**; it is further

**ORDERED** that Counts II, IV, V, VI, and VII of the plaintiff's First Amended Complaint, ECF No. 17, are **DISMISSED** with prejudice; it is further

**ORDERED** that Counts I, III, and VIII of the plaintiff's First Amended Complaint, ECF No. 17, are **DISMISSED** without prejudice; and it is further

**ORDERED** that the Clerk of Court shall close this case.

**SO ORDERED.**

Date: April 14, 2020

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
Chief Judge